# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| BARRY MURRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-317 |
| | ) | |
| CHATHAM COUNTY, GEORGIA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In their Rule 26(f) Report, the parties request a scheduling conference with the Court. *See* doc. 7 at 5. Their request is **GRANTED**. The Court will set a scheduling conference for January 8, 2023, by separate notice. The Court *sua sponte* **STAYS** all discovery deadlines in this case, including the deadline to exchange initial disclosures, pending the January 8th scheduling conference. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket.").

**SO ORDERED**, this 22nd day of December, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA